IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GENE E. HINKLE and BETTY L. HINKLE,

    Plaintiffs,

v.                                             CV 16-1052 SCY/WPL

UNITED STATES OF AMERICA,

    Defendant.

## ORDER FOR EXPEDITED BRIEFING

On December 6, 2016, the date on which the United States was set to file its answer or other responsive pleading in this case, the United States filed an opposed motion for extension of time to answer or otherwise respond. (Doc. 6.) Under the circumstances, I find that it is in the interests of justice to expedite briefing on this matter. Plaintiffs shall file their response, if any, no later than **December 9, 2016, at 5:00 p.m.** The United States shall file its reply, if any, no later than **December 12, 2016, at 12:00 p.m.**

It is so ordered.

_____
William P. Lynch
United States Magistrate Judge